UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 17 2024
U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| JACIE MARIE FAIRALL and TRAVIS DAVID DIEHL, | Criminal No. 3:24cr6 |
| | Violations: 18 U.S.C. § 2 |
| Defendants. | 18 U.S.C. § 922(a)(6) |
| | 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(False Statement in Connection with the Acquisition of a Firearm)

On or about December 29, 2021, in Mineral County, in the Northern District of West Virginia, defendant **JACIE MARIE FAIRALL**, aided and abetted by defendant **TRAVIS DAVID DIEHL**, in connection with the attempted acquisition of a firearm, that is a Double Star, Star – 15, 5.56mm, rifle, bearing serial number DST002140, from a licensed dealer of firearms, knowingly made a false and fictitious written statement, which statement was intended and likely to deceive the licensed dealer of firearms, as to a fact material to the lawfulness of such sale of the said firearm, in that the defendant **JACIE MARIE FAIRALL**, represented that she was the actual purchaser of the firearm and that she resided at 11014 Marty Street, Cumberland, MD, when in fact, she was not the actual purchaser of the firearm and defendant **TRAVIS DAVID DIEHL** was

the actual purchaser of the firearm and she did not reside at 11014 Marty Street, Cumberland, MD;

in violation of Title 18 United States Code, Sections 2, 922(a)(6), and 924(a)(2).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Daniel L. Salem
Assistant United States Attorney